No. 00–9296. ROBERT C. ET UX. *v.* NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 00–9298. CLARK *v.* RAMIREZ-PALMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9301. MYERS *v.* UCLA EXTENSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9302. LAY *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–9306. BRUCE *v.* GOMEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9311. ABDUS-SABIR *v.* KNOX ET AL. Sup. Ct. Ala. Certiorari denied.

No. 00–9314. WILLIAMS *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9317. BREWER *v.* BRILEY (two judgments). C. A. 7th Cir. Certiorari denied.

No. 00–9318. ANDERSON *v.* MORTON, SUPERINTENDENT, TRENTON STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9321. PANIZZON *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9323. JOHNSON *v.* KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9331. ARRINGTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–9336. AUSTIN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9337. BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.